CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ALVIN YOUNG,<br>    Petitioner, | Civil Action No. 7:15-cv-00149 |
| v. | **FINAL ORDER** |
| HAROLD CLARKE,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 13th day of June, 2016.

                                             /s/ Jackson L. Kiser
                                             Senior United States District Judge